■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON GROVES, Appellant. [779 NYS2d 127]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered July 25, 2002, convicting him of reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Bynum,* 70 NY2d 858 [1987]). In any event, the People adduced legally sufficient evidence at trial demonstrating that the defendant created a "grave risk of death to another person," which supported his conviction for reckless endangerment in the first degree (Penal Law § 120.25). The evidence adduced at trial established that the defendant aimed a loaded gun at the complainant, and fired it within close proximity to the complainant. Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Teets,* 293 AD2d 766 [2002]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Bonner,* 5 AD3d 500 [2004]).

The verdict was not repugnant notwithstanding the acquittal on the charges of robbery in the first degree, criminal possession of a weapon in the second and third degrees, and menacing in the second degree (*see People v Rayam,* 94 NY2d 557 [2000]; *People v Tucker,* 55 NY2d 1 [1981]; *People v Miller,* 282 AD2d 550 [2001]). Santucci, J.P., S. Miller, Schmidt and Fisher, JJ., concur.